UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GORDO ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-CV-0487 JD |
| ) | |
| TSA STORES, INC., *et al,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

An amended complaint was filed on December 21, 2009 [DE 4] alleging trademark infringement, Lanham Act violations, and related state law claims. A review of the record in this case indicates that service of the summons and complaint has not been accomplished on defendants TSA Stores, Inc., Backcountry.com, Inc., Sierra Trading Post, Inc., Dicks Sporting Goods, Inc., MC Sporting Goods Distributors, Inc., GSI Commerce Solutions, Inc., Dunham's Athleisure Corporation, Sport Chalet, Inc., Recreational Equipment, Inc., and Columbia Sportswear Company.

Rule 4(m) of the Federal Rules of Civil Procedure provides that service must be completed within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). On June 22, 2010, the plaintiff was ordered to show cause by July 21, 2010, why this action should not be dismissed as against all of the defendants for failure to accomplish service within the time frame prescribed by the rules. [DE 7]. Plaintiff was explicitly warned, "Failing to show cause as ordered herein will result in the dismissal of this action as to all defendants." *Id.* The docket reflects that this order to show cause was sent to plaintiff's counsel on June 22, 2010, and was not returned to the Court for failure of service. Plaintiff has failed to respond to this Court's order to show cause.

As a result, this Court now ORDERS that this case be DISMISSED without prejudice

pursuant to Rule 4(m).  Fed. R. Civ. P. 4(m).  Each party is to bear its own costs and the clerk shall treat this case as terminated.

       SO ORDERED.

       ENTERED:  July 27, 2010

                                          /s/ JON E. DEGUILIO
                                   Judge
                                   United States District Court